IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| SAMMIE J. MCCALL, | C/A No. 3:04-22799-24BC |
| Plaintiff, | |
| vs. | **ORDER WITHDRAWING ACTION** |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | |
| Defendant. | |

AFTER FURTHER CONSIDERATION, it appears that the Plaintiff now wishes to withdraw the instant action against the Commissioner of Social Security and, by and through the undersigned attorney, comes before the Court seeking its Order Withdrawing Action. It is, therefore,

ORDERED, that this action be withdrawn from the District Court roster.

IT IS SO ORDERED.

**s/Joseph R. McCrorey**
**United States Magistrate Judge**

Columbia, SC

May 5, 2005.

I SO MOVE:

STEVEN M. CALCUTT
ATTORNEY FOR PLAINTIFF

I CONSENT:

MARVIN J. CAUGHMAN
ASSISTANT U.S. ATTORNEY